UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GEORGE TAMMANY, et al.,            :

        Plaintiffs,            :     **O R D E R**

  - against -                     :     07 Civ. 6953 (NRB)(LMS)

CHARLES HAWTHORNE, et al.,         :

        Defendants,            :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/10

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Court, having received the Report and Recommendation of United States Magistrate Judge Lisa Margaret Smith, dated October 12, 2010, recommending that defendants' motion to dismiss for failure to prosecute should be granted and plaintiffs' action should be dismissed with prejudice, and no objections to said report having been filed,

    **IT IS HEREBY ORDERED** that this action is dismissed for failure to prosecute and with prejudice.

DATED:    New York, New York
           October 29, 2010

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to counsel for defendant and plaintiffs pro se.

George Tammany
Tammany Flooring, Inc.
Tammco Ltd.
12 Main Street
Brewster, NY 10509

Tammany Flooring, Inc.
162 East Main Street
Brewster, NY 10509

David Schultz, Esq.
Barry, McTiernan & Moore
2 Rector Street
New York, NY 10006

Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601